U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Shaun Gordon | : | Chapter 13 |
|---|---|---|
| Plaintiff | : | |
| v. | : | Bankruptcy No.: 12-19387 |
| | : | |
| Household Realty Corporation | : | AP No. 13-00258 |
| Member of the HSBC Group | : | |
| Defendant | : | |

### ORDER

AND NOW, this _22nd_ day of _August_ 2013, upon consideration of Plaintiffs' Motion for Default Judgment, and any responses thereto, if any, it is hereby ORDERED and DECREED that the Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED and DECREED that Defendant's claim reflected by the second mortgage recorded in the Office of the Recorder of Deeds for New Haven County, Connecticut for the property located at 50 Quarry Road, Unit number 63, Meriden, Connecticut is wholly unsecured;

IT IS FURTHER ORDERED and DECREED that the Lien held by Household Realty Corporation is ~~stripped~~ _avoided_ from the Real Property located at 50 Quarry Road, Unit number 63, Meriden, Connecticut.

BY THE COURT:

_Magdeline D. C_____
UNITED STATES BANKRUPTCY JUDGE